## ORDER

PER CURIAM.

Movant Forrest Mittendorf was convicted of elder abuse in the first degree, Section 565.180, RSMo 1994, and was sentenced to a term of thirty years imprisonment. He now appeals from the judgment denying his Rule 29.15 motion without an evidentiary hearing.

We have reviewed the briefs of the parties and the record on appeal. The motion court's determination is not clearly erroneous. No precedential or jurisprudential purpose would be served by an extended opinion reciting detailed facts and restating principles of law. We affirm the judgment pursuant to Rule 84.16(b).

Before GARY M. GAERTNER, P.J., and PAUL J. SIMON and JAMES R. DOWD, JJ.

## ORDER

PER CURIAM.

Leroy Carter, appeals his sentences on two counts of kidnapping, Section 565.110 RSMo 1994 and two counts of attempted forcible rape, Section 564.011 RSMo 1994, following a jury trial.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. As an extended opinion would have no precedential value, we affirm the judgment pursuant to Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Leroy CARTER, Appellant.**

**No. ED 74978.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 28, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 1, 1999.

Douglas R. Hoff, Office of the Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Linda Lemke, Asst. Atty. Gen., Jefferson City, for respondent.

■

**STATE of Missouri, Plaintiff–Respondent,**

v.

**Larry GEILER, Defendant–Appellant.**

**No. ED 74971.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 28, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 1, 1999.

Lance R. Drury, Ste. Genevieve, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John Munson Morris, III, Karen L. Kramer, Asst. Attys. Gen., Jefferson City, for respondent.